**DeNITTIS OSEFCHEN PRINCE, P.C.**
Stephen P. DeNittis, Esq. (SD-0016)
Ross H. Schmierer, Esq. (RS-7215)
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
(856) 797-9951
sdenittis@denittislaw.com
rschmierer@denittislaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Peter Barry, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Law Office of James A. Mayer,<br><br>Defendant. | Case No: 2:18-cv-11667-CCC-MF |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action against Defendants with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any absent putative class members.

Dated: January 4, 2019

                                                  **DeNITTIS OSEFCHEN PRINCE, P.C.**

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: January 8, 2019

By:   s/ Ross H. Schmierer
       Ross H. Schmierer, Esq.
       525 Route 73 North, Suite 410
       Marlton, NJ 08053
       (T): (856) 797-9951
       (F): (856) 797-9978
       rschmierer@denittislaw.com

1